# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Christoper Arens | § | Case No. 15-11790 |
| Rosemarie Arens | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 9,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 449.78 |
| Bank service fees | | 34.97 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 800.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,715.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 09/28/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,570.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,570.00 , for a total compensation of $ 1,570.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 297.00 , for total expenses of $ 297.00 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/22/2016    By:/s/Zane L. Zielinski
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-11790 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Christoper Arens | | | | Date Filed (f) or Converted (c): | 03/31/2015 (f) |
| | Rosemarie Arens | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 01/22/2016 | | | | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 229,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts | 26.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts | 1,658.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 500.00 | 500.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Automobiles, trucks, trailers, and other vehicles and access | 13,000.00 | 0.00 | | 0.00 | FA |
| 7. Automobiles, trucks, trailers, and other vehicles and access | 5,000.00 | 9,000.00 | | 9,000.00 | FA |
| 8. machinery, fixtures, equipment, and supplies used in busines | 200.00 | 0.00 | | 0.00 | FA |
| 9. Other Personal Property | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $249,884.00      $9,500.00      $9,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 14447 S Heatherwood Dr, Homer Glen, IL 60491-9170 - Debtor's Homestead |
| RE PROP # | 2 | -- | Chase Bank Account - 9812 |
| RE PROP # | 3 | -- | BMO Harris Account - 9112 |
| RE PROP # | 6 | -- | 2010 Chevy Traverse |
| RE PROP # | 7 | -- | 2007 Dodge Ram, condition: rough contractor truck. Exemption reduced pursuant to court order |
| RE PROP # | 8 | -- | Misc. painting tools |
| RE PROP # | 9 | -- | Plantation Club Time Share |

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 12/01/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 15-11790 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Christoper Arens | Bank Name: | Associated Bank |
| | Rosemarie Arens | Account Number/CD#: | XXXXXX4453 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3487 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/22/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/15 | | AMERICAN AUCTIONS ASSOCIATES, INC. 508 WEST BRITTANY DRIVE ARLINGTON HEIGHTS, ILLINOIS 60004 | Sale of Vehicle | | $8,253.22 | | $8,253.22 |
| | | | Gross Receipts   $9,000.00 | | | | |
| | | American Auction Associates | Advertising, Cleaning and towing, repair   ($746.78) | 3620-000 | | | |
| | 7 | | Automobiles, trucks, trailers, and other vehicles and access   $9,000.00 | 1129-000 | | | |
| 09/25/15 | | American Auction Associates 508 West Brittany Drive Arlington Heights, Illinois 6004 | Sale of Vehicle Refund of additional auction expenses. | 3620-000 | | ($297.00) | $8,550.22 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,540.22 |
| 10/07/15 | 5001 | Christoper Arens and Rosemarie Arens 14447 S. Heatherwood Drive Homer Glen, Illinois 60491-9127 | debtors' exemption Paid pursuant to court order entered on August 17, 2015, Docket number 30 | 8100-002 | | $800.00 | $7,740.22 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.70 | $7,727.52 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.27 | $7,715.25 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,253.22 | $537.97 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,253.22 | $537.97 |
| Less: Payments to Debtors | $0.00 | $800.00 |
| Net | $8,253.22 | ($262.03) |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $8,253.22          $537.97

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4453 - Checking | $8,253.22 | ($262.03) | $7,715.25 |
|  | $8,253.22 | ($262.03) | $7,715.25 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $746.78 |
| Total Net Deposits: | $8,253.22 |
| Total Gross Receipts: | $9,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11790  
Debtor Name: Christoper Arens  
Claims Bar Date: 9/28/2015  

Date: January 22, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,570.00 | $1,570.00 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | Cost for repair to window of vehicle sold by the Trustee. | $0.00 | $297.00 | $297.00 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $3,191.72 | $3,191.72 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $629.06 | $629.06 |
| 3 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $11,712.66 | $11,712.66 |
| 4 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $466.93 | $466.93 |
| 5 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,682.51 | $1,682.51 |
| 6 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank (Wal-Mart)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $1,897.22 | $1,897.22 |
| | Case Totals | | | $0.00 | $21,447.10 | $21,447.10 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-11790
Case Name: Christoper Arens
           Rosemarie Arens
Trustee Name: Zane L. Zielinski

Balance on hand $ 7,715.25

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,570.00 | $ 0.00 | $ 1,570.00 |
| Trustee Expenses: Zane L. Zielinski | $ 297.00 | $ 0.00 | $ 297.00 |

Total to be paid for chapter 7 administrative expenses $ 1,867.00

Remaining Balance $ 5,848.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,580.10  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 3,191.72 | $ 0.00 | $ 953.31 |
| 2 | Quantum3 Group Llc As Agent For | $ 629.06 | $ 0.00 | $ 187.89 |
| 3 | Discover Bank | $ 11,712.66 | $ 0.00 | $ 3,498.38 |
| 4 | Capital One, N.A. | $ 466.93 | $ 0.00 | $ 139.46 |
| 5 | American Express Bank, Fsb | $ 1,682.51 | $ 0.00 | $ 502.54 |
| 6 | Portfolio Recovery Associates, Llc | $ 1,897.22 | $ 0.00 | $ 566.67 |

Total to be paid to timely general unsecured creditors         $         5,848.25

Remaining Balance                                             $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 9)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE