UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Christoper Arens § Case No. 15-11790
Rosemarie Arens §
§
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  219 S. Dearborn Street
                  Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:00 AM on 04/08/2016 in Courtroom ,
                Second Floor
                Joliet City Hall Building
                150 West Jefferson Street
                Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/16/2016                By: /s/ Zane L. Zielinski
                                                                             Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Christoper Arens § Case No. 15-11790
Rosemarie Arens §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,000.00 |
| and approved disbursements of | $ | 1,284.75 |
| leaving a balance on hand of[1] | $ | 7,715.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski | $ 1,570.00 | $ 0.00 | $ 1,570.00 |
| Trustee Expenses: Zane L. Zielinski | $ 297.00 | $ 0.00 | $ 297.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,867.00 |
| Remaining Balance | | $ | 5,848.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,580.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 3,191.72 | $ 0.00 | $ 953.31 |
| 2 | Quantum3 Group Llc As Agent For | $ 629.06 | $ 0.00 | $ 187.89 |
| 3 | Discover Bank | $ 11,712.66 | $ 0.00 | $ 3,498.38 |
| 4 | Capital One, N.A. | $ 466.93 | $ 0.00 | $ 139.46 |
| 5 | American Express Bank, Fsb | $ 1,682.51 | $ 0.00 | $ 502.54 |
| 6 | Portfolio Recovery Associates, Llc | $ 1,897.22 | $ 0.00 | $ 566.67 |

Total to be paid to timely general unsecured creditors    $    5,848.25

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 15-11790-BWB
Christoper Arens   Chapter 7
Rosemarie Arens
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: nbatson   Page 1 of 2   Date Rcvd: Mar 15, 2016
                      Form ID: pdf006   Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2016.
```
db/jdb        Christoper Arens,    Rosemarie Arens,    14447 S Heatherwood Dr,    Homer Glen, IL  60491-9127
23127882      ARS National Systems,    PO Box 463023,    Escondido, CA  92046-3023
23127881      American Express,    PO Box 360001,    Fort Lauderdale, FL  33336-0001
23571466      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
23178977      Amex,    PO Box 297871,    Fort Lauderdale, FL  33329-7871
23127877      Arens Christoper,    14447 S Heatherwood Dr,    Homer Glen, IL  60491-9127
23127878      Arens Rosemarie,    14447 S Heatherwood Dr,    Homer Glen, IL  60491-9127
23127883      Associated Radioligist,    6801 W 73rd St # 637,    Bedford Park, IL  60499-5322
23178979     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
             (address filed with court:  Bk of Amer,    PO Box 982235,    El Paso, TX 79998-2235)
23127885      BMO Harris - Home Equity,    PO Box 6201,    Carol Stream, IL  60197-6201
23127884      Bank of America,    PO Box 851001,    Dallas, TX  75285-1001
23534376      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
23127886      Charter One,    PO Box 42010,    Providence, RI  02940-2010
23127887      Chase Bank,    PO Box 15153,    Wilmington, DE  19886-5153
23127888      Chase Home Mortgage,    PO Box 78420,    Phoenix, AZ  85062-8420
23127889      Comenity Bank,    PO Box 182125,    Columbus, OH  43218-2125
23127890      Creditors Discount and Audit,    415 E Main St,    Streator, IL  61364-2927
23127879      David Hernandez PC,    17566 Windsor Pkwy,    Tinley Park, IL  60487-7327
23127893      Diversified Adjustment Services,    600 Coon Rapids Blvd NW,    Coon Rapids, MN  55433-5549
23178982      Dsnb Macys,    9111 Duke Blvd.,    Mason, OH  45040-8999
23127894      Global Credit and Collection Corp,    PO Box 101928,    Birmingham, AL  35210-6928
23127895      Kohls,    PO Box 3283,    Milwaukee, WI  53201-3283
23127896      Macys,    PO Box 183083,    Columbus, OH  43218-3083
23127897     +Meyer and Njus,    200 S 6th St,    Minneapolis, MN 55402-4136
23179039      Mrsi,    2250 E. Devon Ave., Ste. 352,    Des Plaines, IL  60018-4521
23127898      Nationwide Credit,    PO Box 26314,    Lehigh Valley, PA  18002-6314
23127899      Nationwide Credit And Collection,    PO Box 3219,    Oak Brook, IL  60522-3219
23127901     +Palos Community Hospital,    12251 S 80th Ave,    Palos Heights, IL 60463-0930
23179007     +Parkview Orthopedic Group,    7600 W. College Dr.,    Palos Heights, IL 60463-1066
23127902      Plantation Beach,    PO Box 402705,    Atlanta, GA  30384-2705
23127903      Primaray Health Associates,    16512 106th Ct,    Orland Park, IL  60467-4547
23127904      Recchia and Company,    257 N Calderwood St # 353,    Alcoa, TN  37701-2111
23127906      Silver Cross Hospital,    7008 Solutions Ctr,    Chicago, IL  60677-7000
23127905      Silver Cross Hospital,    PO Box 739,    Moline, IL  61266-0739
23127907      Susan Rife Family Medicine,    10755 163rd Pl,    Orland Park, IL  60467-8861
23127908      Target Card Services,    PO Box 660170,    Dallas, TX  75266-0170
23179040      Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23127880      E-mail/Text: ally@ebn.phinsolutions.com Mar 16 2016 02:09:33      Ally Financial,
               PO Box 9001951,    Louisville, KY  40290-1951
23443345      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2016 02:05:30
               American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
23450636      E-mail/Text: mrdiscen@discover.com Mar 16 2016 02:09:34      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
23127892      E-mail/Text: mrdiscen@discover.com Mar 16 2016 02:09:34      Discover Card,    PO Box 6103,
               Carol Stream, IL  60197-6103
23127900      E-mail/Text: egssupportservices@egscorp.com Mar 16 2016 02:11:16      NCO Financial Systems,
               PO Box 17218,    Wilmington, DE  19850-7218
23751159      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2016 02:05:07
               Portfolio Recovery Associates, LLC,    successor to SYNCHRONY BANK (WAL-MART),    POB 41067,
               Norfolk VA 23541
23444108      E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2016 02:10:27
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
23178980      E-mail/Text: creditreconciliation@peoples.com Mar 16 2016 02:11:03      Citizens Bank,
               1000 Lafayette Blvd.,    Bridgeport, CT 06601-4725
23127909      E-mail/Text: bnc@ursi.com Mar 16 2016 02:09:39      United Recovery Systems,    5800 N Course Dr,
               Houston, TX  77072-1613
23127910      E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2016 02:05:02      Wal Mart,    PO Box 960024,
               Orlando, FL  32896-0024
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
23127891*        Creditors Discount and Audit Co,    415 E Main St,    Streator, IL  61364-2927
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: nbatson              Page 2 of 2              Date Rcvd: Mar 15, 2016
                               Form ID: pdf006            Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2016 at the address(es) listed below:
          David  Hernandez    on behalf of Debtor 2 Rosemarie  Arens david@rehablaw.com,
           G7699@notify.cincompass.com;fileabankruptcy@gmail.com
          David  Hernandez    on behalf of Debtor 1 Christoper  Arens david@rehablaw.com,
           G7699@notify.cincompass.com;fileabankruptcy@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L. Zielinski    on behalf of Trustee Zane L. Zielinski zzielinski@wfactorlaw.com,
           zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
           law.com
          Zane L. Zielinski    trustee@zanezielinski.com,
           zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
           law.com
                                                                                             TOTAL: 5
```