# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Christoper Arens | § | Case No. 15-11790 |
| Rosemarie Arens | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 203,758.00 *(Without deducting any secured claims)* | Assets Exempt: 41,926.00 |
| Total Distributions to Claimants: 5,848.25 | Claims Discharged Without Payment: 13,731.85 |
| Total Expenses of Administration: 2,351.75 | |

3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 800.00 (see **Exhibit 2**), yielded net receipts of $ 8,200.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,351.75 | 2,351.75 | 2,351.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 19,580.10 | 19,580.10 | 5,848.25 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 21,931.85 | $ 21,931.85 | $ 8,200.00 |

4) This case was originally filed under chapter 7 on 03/31/2015. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2016           By:/s/Zane L. Zielinski
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers, and other vehicles and access | 1129-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christoper Arens and Rosemarie Arens | Exemptions | 8100-002 | 800.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 800.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,570.00 | 1,570.00 | 1,570.00 |
| Zane L. Zielinski | 2200-000 | NA | 297.00 | 297.00 | 297.00 |
| Associated Bank | 2600-000 | NA | 34.97 | 34.97 | 34.97 |
| American Auction Associates | 3620-000 | NA | 449.78 | 449.78 | 449.78 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,351.75 | $ 2,351.75 | $ 2,351.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | American Express Bank, Fsb | 7100-000 | NA | 1,682.51 | 1,682.51 | 502.54 |
| 1 | American Infosource Lp As Agent For | 7100-000 | NA | 3,191.72 | 3,191.72 | 953.31 |
| 4 | Capital One, N.A. | 7100-000 | NA | 466.93 | 466.93 | 139.46 |
| 3 | Discover Bank | 7100-000 | NA | 11,712.66 | 11,712.66 | 3,498.38 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,897.22 | 1,897.22 | 566.67 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 629.06 | 629.06 | 187.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 19,580.10 | $ 19,580.10 | $ 5,848.25 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-11790 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Christoper Arens | | | | Date Filed (f) or Converted (c): | 03/31/2015 (f) |
| | Rosemarie Arens | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 08/24/2016 | | | | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 229,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts | 26.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts | 1,658.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 500.00 | 500.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Automobiles, trucks, trailers, and other vehicles and access | 13,000.00 | 0.00 | | 0.00 | FA |
| 7. Automobiles, trucks, trailers, and other vehicles and access | 5,000.00 | 9,000.00 | | 9,000.00 | FA |
| 8. machinery, fixtures, equipment, and supplies used in busines | 200.00 | 0.00 | | 0.00 | FA |
| 9. Other Personal Property | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $249,884.00 | $9,500.00 | | $9,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 14447 S Heatherwood Dr, Homer Glen, IL 60491-9170, Resident Homestead |
| RE PROP # | 2 | -- | Chase Bank Account - 9812 |
| RE PROP # | 3 | -- | BMO Harris Account - 9112 |
| RE PROP # | 6 | -- | 2010 Chevy Traverse |
| RE PROP # | 7 | -- | 2007 Dodge Ram, condition: rough contractor truck. Exemption reduced pursuant to court order |
| RE PROP # | 8 | -- | Misc. painting tools |
| RE PROP # | 9 | -- | Plantation Club Time Share |

Initial Projected Date of Final Report (TFR): 12/01/2015    Current Projected Date of Final Report (TFR): 12/01/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-11790 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Christoper Arens | Bank Name: | Associated Bank |
| | Rosemarie Arens | Account Number/CD#: | XXXXXX4453 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3487 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/15 | | AMERICAN AUCTIONS ASSOCIATES, INC.<br>508 WEST BRITTANY DRIVE<br>ARLINGTON HEIGHTS, ILLINOIS 60004 | Sale of Vehicle | | $8,253.22 | | $8,253.22 |
| | | | Gross Receipts           $9,000.00 | | | | |
| | | American Auction Associates | Advertising, Cleaning and towing, repair         ($746.78) | 3620-000 | | | |
| | 7 | | Automobiles, trucks, trailers, and other vehicles and access         $9,000.00 | 1129-000 | | | |
| 09/25/15 | | American Auction Associates<br>508 West Brittany Drive<br>Arlington Heights, Illinois 6004 | Sale of Vehicle<br>Refund of additional auction expenses. | 3620-000 | | ($297.00) | $8,550.22 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,540.22 |
| 10/07/15 | 5001 | Christoper Arens and Rosemarie Arens<br>14447 S. Heatherwood Drive<br>Homer Glen, Illinois 60491-9127 | debtors' exemption<br>Paid pursuant to court order entered on August 17, 2015, Docket number 30 | 8100-002 | | $800.00 | $7,740.22 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.70 | $7,727.52 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.27 | $7,715.25 |
| 04/08/16 | 5002 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,867.00 | $5,848.25 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.         ($1,570.00) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.         ($297.00) | 2200-000 | | | |

Page Subtotals: $8,253.22    $2,404.97

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11790 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Christoper Arens | Bank Name: | Associated Bank |
| | Rosemarie Arens | Account Number/CD#: | XXXXXX4453 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3487 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/16 | 5003 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 29.87 % per court order. | 7100-000 | | $953.31 | $4,894.94 |
| 04/08/16 | 5004 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 29.87 % per court order. | 7100-000 | | $187.89 | $4,707.05 |
| 04/08/16 | 5005 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 3 representing a payment of 29.87 % per court order. | 7100-000 | | $3,498.38 | $1,208.67 |
| 04/08/16 | 5006 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 29.87 % per court order. | 7100-000 | | $139.46 | $1,069.21 |
| 04/08/16 | 5007 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 29.87 % per court order. | 7100-000 | | $502.54 | $566.67 |
| 04/08/16 | 5008 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Wal-Mart)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 6 representing a payment of 29.87 % per court order. | 7100-000 | | $566.67 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,253.22 | $8,253.22 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,253.22 | $8,253.22 |
| Less: Payments to Debtors | $0.00 | $800.00 |
| Net | $8,253.22 | $7,453.22 |

Page Subtotals: $0.00 $5,848.25

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4453 - Checking | $8,253.22 | $7,453.22 | $0.00 |
|  | $8,253.22 | $7,453.22 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $746.78 |
|---|---|
| Total Net Deposits: | $8,253.22 |
| Total Gross Receipts: | $9,000.00 |

Page Subtotals:    $0.00    $0.00